IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND, } } } Plaintiff, } } v. } } CHRIS MATTHEWS CONSTRUCTION } CO., INC., et al., } } Defendants. } | CIVIL ACTION NO. 08-AR-0464-S |

## **MEMORANDUM OPINION**

Defendants having failed to respond to plaintiff's motion for summary judgment, defendants have conceded the facts set forth in plaintiff's evidentiary materials.  For this reason, the court hereby ADOPTS as the undisputed pertinent facts the facts as set forth in the materials supporting plaintiff's motion for summary judgment filed on February 17, 2009.  Only because plaintiff is entitled to further sums that may have accrued under the indemnity agreement and/or promissory note after the filing of the motion for summary judgment, plaintiff shall file an affidavit forthwith, demonstrating a proper computation of the obligations to date and how to distinguish between the four defendants, if there is a distinction, and making certain that there is no duplication of obligation.  After receiving this information, the court will enter summary judgment in favor of plaintiff and against all defendants in the amount or amounts reflected in plaintiff's anticipated affidavit.  The court does not trust its own arithmetic.

DONE this 2nd day of June, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE